UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON K. MARSH,

    Petitioner,

vs.     Case No. 2:08-cv-172-FtM-34DNF

FLORIDA ATTORNEY GENERAL; ROBERT
BUTTERWORTH; TIMOTHY BUDZ,

    Respondents.

_____

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon review of Petitioner's Petition for Writ of Habeas Corpus (Doc. #1, Petition), filed March 3, 2008. Petitioner, who is proceeding *pro se*, is civilly detained at the Florida Civil Commitment Center ("FCCC") pursuant to Florida Statute § 394.910 et seq. (the "Jimmy Ryce Act"). Petitioner did not accompany the filing of his Petition with either the requisite $5.00 filing fee or a motion to proceed *in forma pauperis*.[2] See

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

[2] The Court previously warned Petitioner that Local Rule 1.03(e), United States District Court, Middle District of Florida, allows **prisoners** 30 days from the date of commencement of the action to pay the filing fee or file a motion to proceed *in forma pauperis*. This local rules is **not** applicable to FCCC civil detainees. See Troville v. Venz, 303 F.3d 1256 (11th Cir. 2002). Thus, Petitioner must **accompany** the filing of an action with the filing fee or a motion to proceed *in forma pauperis*, or risk dismissal of the action without further notice.

docket. In compliance with the Court's April 28 Order, Petitioner filed a motion to proceed *in forma pauperis* (Doc. #6), which remains pending before the Court.

This Court takes judicial notice of Petitioner's previous Petitions for Writs of Habeas Corpus. See Case Numbers 1:1987cv1417; 1:1991cv501; 1:1994cv2514; 1:2003cv23048; 1:2006cv21592. Additionally, Petitioner currently has a Petition for Writ of Habeas Corpus pending before the United States District Court for the Southern District of Florida. See 1:2007cv23197. Thus, the instant Petition is a successive Petition. Petitioner must first move in the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider the application before a second or successive habeas corpus application is filed in this Court. See 28 U.S.C. § 2244(b)(3)(A). For this reason, this case will be dismissed without prejudice and the motion to proceed *in forma pauperis* is denied.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. Petitioner's motion to proceed *in forma pauperis* (Doc. #6) is **DENIED**.

3. The **Clerk of the Court** shall: (1) terminate any pending motions; (2) enter judgment dismissing this case; (3) and close this file.

**DONE AND ORDERED** in Chambers, this 18th day of July, 2008.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record